United States District Court
Southern District of Texas

**ENTERED**

May 29, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **ALICIA CARMEN ADAME,** | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. **1:26-cv-571** |
| | § | |
| **WARDEN OF EL VALLE** | § | |
| **DETENTION FACILITY**, in his/her | § | |
| official capacity, *et al.*, | § | |
| Respondents. | § | |

**ORDER**

The Court has reviewed the Fifth Circuit's decision in *Buenrostro-Mendez v. Bondi*, No. 25-20496, 2026 WL 323330 (5th Cir. 2026).  The Court views the Fifth Circuit's opinion as precluding Petitioner Alicia Carmen Adame's claims based on the application of 8 U.S.C. §§ 1225 and 1226.[1]

It is **ORDERED** that, by no later than **June 12, 2026,** Adame shall file a Statement explaining why the Fifth Circuit's decision in *Buenrostro-Mendez* does not result in denial of her § 2241 Petition.

If Adame does not timely file a Statement or fails to show how *Buenrostro-Mendez* does not result in denial of his claims, the Court can, and likely will, deny the § 2241 Petition and dismiss this case.

**SIGNED** on this **29th** day of **May, 2026**, at Brownsville, Texas.

_____
**Ignacio Torteya, III**
**United States Magistrate Judge**

---

[1] In her § 2241 Petition, Adame challenges her detention without "receiving a bond hearing or any other neutral custody determination."  Dkt. No. 1 at 6.  However, the Court notes that Adame does not state under which statute she is currently being detained.